IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Martez L. Irvin, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. ----------------- |
| Kansas City, Missouri Police Officer Terrence Brown, *et. al*, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Defendant Kansas City, Missouri, Board of Police Commissioners, through its members, Don Wagner, Cathy Dean, Mark Tolbert, Dawn Cramer, and Mayor Quinton Lucas ("Board") pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal of this action to the U.S. District Court for the Western District of Missouri, Western Division, from the Circuit Court of Jackson County, Missouri at Kansas City, Missouri. The grounds for removal are:

1. Plaintiff filed a petition captioned, *Martez L. Irvin v. Kansas City, Missouri Police Officer Terrence Brown, et. al;* Case Number 2216-CV06313, in the Circuit Court of Jackson County, Missouri, at Kansas City, Missouri on March 8, 2022. *See* Exh. A, plaintiff's petition, attached.

2. Defendant Board, who is removing this case to federal court, was served on April 18, 2022.

3. The remaining defendant is Kansas City, Missouri Police Officer

1

Terrence Brown. Defendant Terrence Brown has not been served yet, but regardless, he consents to this removal.

4. The petition is a civil action that includes only a federal claim made pursuant to the Civil Rights Act, 42 U.S.C § 1983.

5. Because the federal claim is one in which the U.S. District Court has original jurisdiction, in that it arises under federal law pursuant to the Civil Rights Act, 42 U.S.C. § 1983, removal is proper.

5. The U.S. District Court for the Western District of Missouri is the appropriate court for filing of a notice of removal from the Circuit Court of Jackson County, Missouri, where the action was commenced and is pending. Accordingly, the Baord seeks to remove this action to the U.S. District Court for the Western District of Missouri.

6. Thirty days have not yet expired since the Board was served.

7. Immediately upon filing this notice of removal, the Board will file a copy of this notice with the clerk of the Circuit Court of Jackson County, Missouri, and provide written notice to counsel in accord with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Board gives notice of the removal of this action from the Circuit Court of Jackson County, Missouri, to this Court.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Diane Peters*
Diane Peters
Assistant Attorney General
Missouri Bar Number: 54784
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816)889-5000
Fax: (816)889-5006
Diane.Peters@ago.mo.gov
Attorneys for Board

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, the foregoing was filed electronically via the Court's ECF system, and was sent by PDF attachment to email to:

Gerald Gray II, #67476
G. Gray Law, LLC
104 West 9th Street, Suite 401
Kansas City, Missouri 64108
ggraylaw@outlook.com
Attorney for Plaintiff

    */s/ Diane Peters*
Assistant Attorney General